UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTIN D. KING,<br><br>       Plaintiff,<br><br>v.<br><br>C. FIERO, et al.,<br><br>       Defendants. | Case No.:  3:20-cv-1254-JLS-AHG<br><br>**ORDER REFERRING SETTLEMENT DUTIES TO MAGISTRATE JUDGE DAVID D. LESHNER** |

On November 1, 2021, the Court issued a Scheduling Order which, among other things, set the Mandatory Settlement Conference ("MSC") in this matter before Magistrate Judge Allison H. Goddard on **October 7, 2022** at **9:30 a.m.** ECF No. 28.

Because Judge Goddard will issue a Report and Recommendation on the pending summary judgment motion filed by Defendants, which will require an evaluation of the merits of the case, the Court finds it appropriate for another judge to facilitate settlement efforts between the parties. Accordingly, the Court **REFERS** the settlement duties in this case to Magistrate Judge David D. Leshner.

The MSC shall remain on calendar as scheduled but will be set before Judge Leshner.

**IT IS SO ORDERED**.

Dated: August 30, 2022

Honorable Allison H. Goddard
United States Magistrate Judge