UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTIN D. KING,<br><br>                              Plaintiff,<br><br>v.<br><br>C. FIERO, et al.,<br><br>                              Defendant. | Case No.:  20-cv-1254-JLS-AHG<br><br>**ORDER VACATING OCTOBER 7, 2022 MANDATORY SETTLEMENT CONFERENCE** |

Due to an unavoidable conflict in the Court's calendar, the Mandatory Settlement Conference set for October 7, 2022 at 9:30 a.m. is hereby **VACATED**. The Court will reschedule the Mandatory Settlement Conference for a later date by separate order.

**IT IS SO ORDERED.**

Dated: September 28, 2022

_____

Hon. David D. Leshner
United States Magistrate Judge

20-cv-1254-JLS-AHG